Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 15–23249–MBK
        Chapter: 7
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alan H. Vogel                                      Janet Vogel
  21 Day Star Rd                                  21 Day Star Rd
  Manalapan, NJ 07726–6035        Manalapan, NJ 07726–6035

Social Security No.:
  xxx–xx–4991                                     xxx–xx–3794

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Daniel E Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 31, 2018</u>            <u>Michael B. Kaplan</u>
                                          Judge, United States Bankruptcy Court